NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NOVOLIPETSK STEEL PUBLIC JOINT STOCK COMPANY, NOVEX TRADING (SWISS) SA,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, NUCOR CORPORATION,**

*Defendants-Appellees*

_____

2021-1622

_____

Appeal from the United States Court of International Trade in No. 1:19-cv-00172-CRK, Judge Claire R. Kelly.

_____

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States Court of International Trade, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective April 21, 2021.

2                                NOVOLIPETSK STEEL PUBLIC v. US

The appellant's brief is due on June 21, 2021.

                                                  FOR THE COURT

April 21, 2021                  /s/ Peter R. Marksteiner
                                                  Peter R. Marksteiner
                                                  Clerk of Court