NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVOLIPETSK STEEL PUBLIC JOINT STOCK COMPANY, NOVEX TRADING (SWISS) SA,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, NUCOR CORPORATION,**
*Defendants-Appellees*

---

2021-1622

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00172-CRK, Judge Claire R. Kelly.

---

**O R D E R**

The parties having so agreed,

IT IS ORDERED THAT:

    (1) The proceeding is DISMISSED under Fed. R. App. P. 42(b).

(2) Each party shall bear its own costs.

FOR THE COURT

July 29, 2021  /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** July 29, 2021